**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

*Jewell Christian Stewart*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Jewell.Stewart @usdoj.gov*

*main: (973) 297-2024*
*direct: (862) 412-7410*
*fax: (973) 645-2702*

September 15, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** ***Olaya Perdomo v. Mullin, et al.*, No. 2:26-cv-10770-MCA**
**Report of Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. We respectfully write to supplement our August 27, 2026 filing (ECF No. 5) and confirm that Petitioner was released from detention on August 27, 2026 at 12:46 p.m.

We thank the Court for its consideration of this matter

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jewell Stewart*
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/16/26